UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO: CV-

| | |
|---|---|
| **LISA KRAMER** | ) |
| **Plaintiff** | ) |
| **v.** | ) |
| | ) **CASE NO. 11-3434** |
| **NCO FINANCIAL SYSTEMS, INC.,** | ) |
| **Defendant** | ) |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that plaintiff, LISA KRAMER, pursuant to Rule 41 (a)(I)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

Mpf8441/s/*Michael P. Forbes*
By:  Michael P. Forbes, Esquire
Attorney for Plaintiff
Law Office of Michael P. Forbes, PC
Attorney I.D. #55757
200 Eagle Road
Suite 220
Wayne, PA  19087
(610)293-9399